TO: HON. PATTI B. SARIS; U.S.D.J.

FROM: Mateega Bukenya #32255
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360.

RE:   CHANGE OF ADDRESS; Bukenya V Ashcroft.

Dear Honorable Saris,
    Please note that today I was transferred from the Donald Wyatt Detention Facility in Central Falls, RI to Plymouth County. The above is my new address.

Respectfully Submitted,
Mateega Bukenya
MATEEGA BUKENYA, pro se.

Date: April 27th, 2004.

-Page 12-