# A

## MEMORANDUM:

## RENUNCIATION OF PROTECTION

MEMORANDUM

Attention of:
    H.E. The Ambassador
    Hon. First Secretary, et al
    **THE EMBASSY/CONSULATE GENERAL; REPUBLIC OF UGANDA**

---

RE:      RENUNCIATION OF PROTECTION; A70-924-133(Mateega Bukenya)

---

    After a careful preponderance of persuasive and reliable evidence furnished by the reputable Amnesty International; the weight of my political convictions; personal knowledge and the relevant provisions of the <u>UNHCR Handbook on Procedures & Criteria For Determining Refugee Status Under The 1967 Protocol</u>; I am disinclined and unwilling to avail myself of the protection of the government of Uganda and unwilling to return.

    I invoke International protection forthwith under these provisions of the <u>UNHCR Handbook on Procedures & Criteria For Determining Refugee Status Under The 1967 Protocol</u>; reedited Jan. 1992, Geneva:

(i) Chapter III, Section B. 120
(ii) Chapter II, Section B (f) 82 and 83; 94, 95, 98 & 100
(iii) Statute of the office of the UNHCR; Section E. 16, 17.
(iv) Any other and all relevant and applicable provisions of the above UNHCR handbook.

    Until such time as I personally and voluntarily reapply, reassert or reacquire protection from your government, please consider any future or past attempts to effect repartriation as coerced, made under duress and not voluntary on my part. Having said this, also consider my interest in returning to the republic of Uganda unwilling and indefinitely suspended.

Sincerely and Respectfully,

*Mateega Bukenya* (signature)

MATEEGA BUKENYA

CC. The High Commissioner; United Nations High Commission
cc.          for Refugees
cc. Permanent Representative of Uganda to the United Nations
cc. Daryl Grisgraber; Amnesty International
cc. The Secretary General; United Nations

Dated: 4th, August 2003.

**B**

# STATEMENT IN SUPPORT OF MEMORANDUM

H.E.  The Ambassador, Republic of Uganda

Washington, DC.

Hon. First Secretary, et al

---

## STATEMENT IN SUPPORT OF MEMORANDUM

In support of and in addendum to the memorandum dated August 4, 2003, I now present this instant statement. This statement will serve to articulate an express and more discernable stance of my political convictions—the essence of my renunciation and unwillingness to return to Uganda.

I

### THE CONSTITUTIONAL ENACTMENTS, ARTICLES 269, 270 & 73 AND THE MOVEMENT SYSTEM OF GOVERNANCE

At first glance, the constitution of Uganda through Article 29 seems to provide for freedom of assembly and the right of citizens to change their government. However, close scrutiny will reveal that the above referenced Articles of this constitution severely restrict and limit the effective exercise of this right.

Even though a national referendum in 2000 seems to have "legitimized" these Articles of the constitution, the process leading to the adoption of this referendum was flawed by restrictions on political activity.

These constitutional provisions, coupled with the National Resistance Movement's domination of the political process, has only allowed the national Resistance Movement (NRM) to institutionally entrench itself, curtail political dissent, opposition, and indefinitely extend the "Movement" or "No-party" form of government.

Insofar as the Constitution forbids any activities that interfere with the "Movement"/"No-party" system; the banning of: political party national conventions, issuance of platforms, candidate endorsement and opening of branch offices at district level or below; and the disruption and dispersion by police of demonstrations and other gatherings, I remain apprehensive and feel insecure as to my future existence in Uganda. The aforementioned restrictions are inconsistent with my convictions and until they are repealed totally, my interest in returning to Uganda is indefinitely suspended.

II

OTHER STATUTORY AND ADMINISTRATIVE RESTRICTIONS

- The Presidential Elections Act Section 22 which favors the entrenched national Resistance Movement and Mr. Yoweri Museveni's incumbency;

- The Political Organizations Bill; the laws on "sedition" and "Publication of false News"

### III

### RESTRICTIONS ON FREEDOM BY GOVERNMENT AGENCIES

I remain apprehensive of the National Resistance Movement government's use of unlawful arrests, beatings, intimidation and killing of dissenters by these agencies: the Uganda police, Uganda People's Defence Forces (UPDF), Presidential Protection Unit (PPU), Chieftaincy of Military Intelligence (CMI), and the Kalangala Action Plan.

### SUMMATION

Taken as a whole, the foregone factors I through III will severely curtail my expression of political dissent and convictions. There is no way that I, in good conscience, would be able to live in Uganda without my ideas and convictions finding expression and thus conflict.

So, in the interest of public order in Uganda and my personal security, I reiterate that:

(i) I have no interest in returning to Uganda;

(ii) I am disinclined and unwilling to avail myself of the protection of the National Resistance Movement government of Uganda;

(iii) Until such time as I personally and voluntarily reapply, reassert or reacquire protection through this or other Embassy/Consulate, please consider any past or future attempts to effect repatriation as coerced, made under duress and not voluntary on my part.

(iv) I invoke International protection as set forth in the August 4, 2003 memorandum.

Dated this 10th day of October, 2003.

Sincerely and Respectfully Submitted,

*Mateega Bukenya*
MATEEGA BUKENYA
Donald Price Facility
P. O. Box 20983
Cranston, RI 02920

CC: The UN High Commissioner for Refugees
CC: Acting High Commissioner for Human Rights
CC: The Permanent Representative of Uganda to the UN
CC: The Secretary General; United Nations
CC: Daryl Grisgraber; Amnesty International

# C

# AFFIDAVIT IN SUPPORT OF

# PETITION FOR HABES CORPUS;

# RENEWED ASYLUM CLAIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**Bukenya, Mateega**
**Plaintiff/Petitioner**

Vs.

**John Ashcroft, Attorney General**
**Bureau of Immigration and Customs Enforcement, et al**
    **Defendants/Respondents**

**AFFIDAVIT IN SUPPORT OF PETITION FOR HABEAS CORPUS; RENEWED ASYLUM CLAIM**

---

    I, **Mateega Bukenya**, state that I understand perjury to be a Federal crime, punishable by a fine, imprisonment or both. Fully understanding this, and realizing that I will be guilty of perjury if any information set forth below is false, I declare pursuant to 28USC,sec;1746 that this information in support of my renewed claim of application for asylum and withholding of deportation is non-frivolous, not taken for the purpose of delay or obstruction and hampering of Attorney General's duties. I further declare that the following information is all true and correct:

1. I am proceeding pro se in this petition and that all issues presented including my claim for legal eligibility to renew an application for asylum and withholding of deportation have been prepared and articulated by me;

2. That my renewed claim is based on current circumstances not in existence in 1994 these circumstances warrant a renewal of my eligibility for asylum and they are:

   I.  the Constitution Articles 269, 270 and 73 of the 1995 Ugandan Constitution. I am opposed to these provisions of the Uganda Constitution to the extent that they restrict any political activity (overriding Article 29 that provides for freedom of assembly) and to the extent that <u>Uganda Police, Chieftaincy of Military Intelligence, Uganda Peoples Defense Force, Internal Security Organization,</u> the <u>Presidential Protection Unit,</u> and the <u>Kalangala Action Plan</u> invoke Article 269 to disban political rallies and gatherings with force and intimidation.

   II. I have formally issued a statement renouncing the National Resistance Movement government of Uganda and the 1995 Constitution; that this statement/renunciation will subject me to retribution from the national Resistance Movement's agencies (highlighted above); because of the real possibility of persecution and death as evidenced by Uganda government's killing of political dissenters, I beseech this court to allow me to renew an application for political asylum and withholding of deportation.

   III. The essence of my political convictions is this: Full and unrestricted participatory multiparty democracy as opposed to the

National Resistance Movement's Article 269, 270 and 73; opposition to dictatorial legislation like the laws on "sedition" and "publication of false news" and the 1995 press and Journalists Law, all of which are used to arbitrarily restrict the right to freedom of expression. I also believe that the National Resistance Movement's "movement" or "no party" system is TOTALITARIAN because in practice it is a one party totalitarian system that has allowed the National Resistance Movement to institutionally entrench itself in leadership, legislature, judiciary, and in legislation that has INDEFINITELY extended this totalitarian system of government via a flawed and questionable "national referendum."

IV. The most recent United States Department of State report on Uganda of March 31, 2003 will corroborate my fears and convictions; also, the most recent country reports on Uganda from the reputable human rights organization Amnesty International and Human Rights Watch corroborate my fear and convictions.

Because the foregone circumstances (1995 Constitution statement of renunciation and opposition, Department of State Report and Amnesty International and Human Rights Watch reports) were not available or in existence on April 5th, 1994 but are now this court may revisit the issue of whether I legally qualify to renew my application of asylum and withholding.

## CONCLUSION

I believe in non-violent reform of the totalitarian system in Uganda. However, the National Resistance Movement government would not tolerate my being a proponant of reform, albeit non-violent. Uganda does not need anymore blood shed; she has over 30 years of violence because of people who believe change is only possible by the barrel of a gun.

I believe it is in the public interest of the people of the United States to offer me a safe haven first, for espousing and advocating principles not too dissimilar from the founding democratic principles of this country and secondly, to offer me a reprieve and safe haven where my ideas for my motherland may gestate, be nurtured, and maybe some day bloom into reality.

I swear under the penalties and pains of perjury pursuant to 28USC.section 1746, that the foregoing is true and accurate.

Respectfully submitted,

_____
MATEEGA BUKENYA

Dated this 28th day of Jan, 2004.