UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MATEEGA BUKENYA               )
                Plaintiff,    )
                              )
                v.            )      C.A. No. 04-10869-PBS
                              )
JOHN D. ASHCROFT, et al.,     )
                              )
                Defendants.   )
```

ORDER OF DISMISSAL


For the reasons stated in the Memorandum and Order dated February 9, 2006, this action is DISMISSED.

                              SARAH A. THORNTON
                              CLERK OF COURT


Dated: 2/9/06                 By s/ Robert Alba
                              Deputy Clerk